IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCHONA MAJUMDAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| C. CHRISTINE FAIR, | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Rochona Majumdar, by her attorneys, for her Complaint against Defendant C. Christine Fair, states as follows:

1. Since 2017, Defendant C. Christine Fair has waged a campaign of defamation against Plaintiff Rochona Majumdar. In the past year, this campaign has taken the form of numerous and far-ranging false statements, including racist, sexist, and offensive posts on Fair's public blog and on her Twitter account, which has tens of thousands of followers. Fair has attacked Majumdar's *bona fides* as a distinguished academic at the University of Chicago ("UChicago"), accused her of plagiarism, and labelled her a sexual predator. The goal of Fair's smear campaign is to impugn Majumdar's character, destroy her scholarly reputation, and effectuate the removal of Majumdar from her position at UChicago. Fair's accusations are false and constitute defamation *per se* under Illinois law. Majumdar brings this action for injunctive and monetary relief to stop Fair's vicious and relentless attacks.

### Parties

2. Majumdar resides in Chicago, Illinois. Since 2005, she has been employed by UChicago with joint appointments in UChicago's Departments of South Asian Languages and

Civilizations ("SALC") and Cinema and Media Studies ("CMS"). Majumdar received tenure in 2013. Her current title is Associate Professor.

3. Fair resides in Alexandria, Virginia. Since 2009, she has been employed by Georgetown University and is currently a Professor in its Walsh School of Foreign Service.

**Jurisdiction and Venue**

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because Majumdar is an Illinois resident and Fair is a Virginia resident and the amount in controversy exceeds $75,000.

5. Venue is proper in this district under 28 U.S.C. § 1391(b)(2).

6. Personal jurisdiction is proper under 735 ILCS 5/2-209.

**Factual Background**

7. Fair studied at, and received three degrees from, UChicago. For years, Fair has publicly attacked Majumdar's husband, another UChicago professor, for allegedly making an offensive comment to her in the early 1990s while she studied at UChicago.

8. Not content merely to harangue Majumdar's husband, Fair turned her sights on Majumdar as well. Majumdar has never had any personal or professional interaction with Fair. Nevertheless, as early as 2017, Fair began making public statements to the effect that Majumdar did not earn her Ph.D. or her position at UChicago on the basis of merit. On information and belief, the attacks against Majumdar began after Fair came into contact with a Ph.D. student in UChicago's CMS Department, Zain Jamshaid.

9. In December 2017, Fair wrote a letter to the Title IX Coordinator at UChicago. In the letter, Fair made false statements about how Majumdar came to be hired at UChicago and about how she earned a promotion to permanent tenure. In particular, Fair stated that Majumdar

was hired because Majumdar's husband "exploited his position" at UChicago and that her "tenure was a foregone conclusion" based on the status of her husband, rather than an achievement earned via distinguished performance. The letter also included false statements to the effect that Majumdar had made disparaging remarks about Majumdar's students.

10. After sending the letter to UChicago's Title IX Coordinator, Fair did not attack Majumdar publicly for about three years. In 2020, however, Fair came into contact with Jamshaid again and renewed her attacks against Majumdar in earnest. On information and belief, Fair's renewed attack was prompted by false allegations Jamshaid made that Majumdar had sexually assaulted him years before (in 2015 and 2016). Jamshaid began making these allegations within the UChicago community in early March 2020.

11. Jamshaid's allegations against Majumdar eventually became the subject of a formal Title IX complaint he filed in the spring of 2020 with UChicago. Jamshaid's allegations were thoroughly investigated and adjudicated by an independent hearing panel and on August 17, 2020, the panel determined the allegations were unfounded due to lack of evidence and concerns about Jamshaid's credibility.

12. Jamshaid's narrative about Majumdar is demonstrably false and a blatant attempt to destroy her livelihood and her career. Fair was the ideal partner for the widespread dissemination of Jamshaid's lies. Her position as a tenured professor at Georgetown lent his story the patina of authenticity and her public blog and social media presence provided an audience he might not otherwise have reached. The fact that she had a decades-long axe to grind against Majumdar's husband—and by extension Majumdar herself—all but guaranteed her willingness to participate.

13. Indeed, as described in detail below, Fair has engaged in a sustained and relentless campaign against Majumdar. This smear campaign began on or around March 14, 2020—before Jamshaid filed his complaint, before any investigation had occurred, and before Majumdar herself had been informed about the substance of Jamshaid's allegations. Fair identified Majumdar by name from the get-go and has made dozens of false statements about her that have impacted Majumdar's personal and professional life.

14. Fair maintains a publicly accessible blog on Wordpress.com she calls "Tenacious Hellpussy." It can be found at https://shortbustoparadise.wordpress.com/category/sexual-harassment. On March 14, 2020, she posted an article to her blog titled "The University of Chicago is a Predator Protection Racket." The article is attached as Exhibit A. The article was primarily comprised of Fair's 2017 letter to UChicago's Title IX Coordinator. In the letter to the Title IX Coordinator, as republished on the blog in March 2020, Fair made the following false statements:

    a. Majumdar "has a regrettable track record of abusing her students";

    b. Majumdar received a tenure track position at UChicago only because of the exploitation by her husband of his position with UChicago;

    c. Majumdar's "tenure was a foregone conclusion" because of the position of her husband;

    d. Majumdar boasted that she "danced around" tenure;

    e. Majumdar had an "unorthodox career trajectory"; and

    f. Majumdar "made homophobic, caste-based and other forms of disparaging remarks to and about her students."

15. Fair republished these false statements when she posted the blog article to Twitter on March 14, 2020. *See* Exhibit B. She also falsely stated that Majumdar "sexually assaulted" Jamshaid, "mocked him for being gay, Muslim, low caste," "plagiarized him," and "mocked his national origins and held his visa status over him." *Id.* Fair's Twitter account is publicly accessible and, on information and belief, it had over 40,000 followers at this time and throughout the entirety of 2020 and to present.

16. In a separate Twitter post on March 14, 2020 at 5:24 p.m., Fair falsely stated that Majumdar "is vindictive." *Id*.

17. Fair posted another article to her public blog on March 14, 2020, titled, "A Sadistic Couple That Preys Together Stays Together?" *See* Exhibit C. In this article, Fair made the following false statements:

    a. Majumdar "forced [Jamshaid] to let her fondle him"; and

    b. "While demanding that [Jamshaid] TA a course with her, [Majumdar] also instructed him to sit next to her while she put her hands on the insides of his thighs."

18. Fair's blog post also included an email Fair sent on March 14, 2020 to UChicago's Title IX Coordinator and Deputy Title IX Coordinator regarding Jamshaid's allegations against Majumdar. In the email, Fair made the following false statements:

    a. Majumdar received her position at UChicago because her husband "tanked a Hindi job search after short-listed candidates were flown out to give job talks and, after doing so, argued that she should have the job";

    b. It "was impossible to argue that [Majumdar] was more qualified [than other candidates] by any empirical standard"; and

    c.  It "was a foregone conclusion" that Majumdar would get tenure at UChicago because of her relationship with her husband.

*Id.* Fair concluded her email by stating, "I hope these vulgarians are finally held to account for tormenting myriad students whose [sic] who have been blackmailed into tolerating their sadism for the sake of their careers." *Id.* Fair also noted that she had tweeted about the situation before sending her email. *Id.*

  19.  In a Twitter post on April 2, 2020, Fair referred to Majumdar as a "harridan." Fair falsely stated that a complaint that Majumdar had filed with UChicago against Jamshaid alleged, "that the content of HIS [Title IX] complaint constituted sexual harassment OF HER." Fair also referred to Majumdar and her husband as "a sadistic couple." *See* Exhibit D (emphasis in original).

  20.  On or around May 13, 2020, Fair posted her public blog article "A Sadistic Couple That Preys Together Stays Together?" to her Twitter account, thereby republishing all the false statements identified in paragraph 17 above. *See* Exhibit E. Fair introduced the article with the statement, "There is ONE serious upside to universities like the @UChicago being virtual: it deprives predatory 'professors' like these wretches from abusing students." *Id.* (emphasis in original). In a separate post that day, Fair stated, "I'm surprised they aren't demanding pay increases to compensate them for the loss of this perquisite. Then again … maybe they are?" *Id.*

  21.  On May 21, 2020, Fair posted on Twitter, "Look closely Roachana [sic] Majumdar. I think you'll recognize someone," thereby affirming that her attacks were specifically directed at Majumdar. *See* Exhibit F.

22. In a Twitter post on or around May 25, 2020, Fair falsely stated "Roachana [sic] Majumdar is a rabid vulture combing over vulnerable students whom she can exploit and abuse." *See* Exhibit G.

23. In other Twitter posts on or around May 25, 2020, Fair referred to Majumdar and her husband as "a predatory couple," and "predatory pricks." She further taunted Majumdar by stating, "And yes, Roachana [sic], I know you trawl through my twitter feed. I KNOW what you did. Your colleagues KNOW what you did. You have no business being near students." *See* Exhibit H (emphasis in original).

24. In a series of tweets posted to Twitter on June 2 and 3, 2020, Fair called Majumdar "a sexual predator with permanent job security" and alluded again to her false contention that Majumdar (to whom she again refers using the derogatory spelling "Roachana") got her position at UChicago because she "bang[ed] a prominent faculty member." *See* Exhibit I. Fair also falsely stated that Majumdar's husband was the chair of Majumdar's Ph.D. committee. *Id.* Fair continued, "The entire notion of the 'trailing spouse' incentivizes this predatory behavior and provides a different kind of response to sexual harassment other than insisting upon accountability." *Id.*

25. On August 16, 2020, in a post on Twitter, Fair tweeted that UChicago provided Majumdar a "perquisite of preying upon students" that was now unavailable given that classes were being conducted remotely due to the COVID-19 pandemic. *See* Exhibit J.

26. In Facebook posts on December 28, 2020, Fair invited people with whom she studied at UChicago to come forward with stories of harassment by Majumdar to help Jamshaid in his fight against UChicago. On information and belief, Fair specifically directed her plea to at least one person who resides in Illinois. In these posts, Fair falsely accused Majumdar of being

7

an "abuser" and refers to her as an "abusive harridan" and a "churail," which in Hindi/Urdu is a pejorative term meaning a witch, hag, slut, or bitch. *See* Exhibit K.

27. In one or more Twitter posts on December 31, 2020, Fair falsely contended that Jamshaid was "one of Rochana [sic] Majumdar's victims." *See* Exhibit L. And in another post that same day, Fair stated, "We need justice not only for Zain, but for every single one of her victims." *Id.*

28. In a Facebook post on December 31, 2020, Fair falsely stated that she is aware of "at least four victims" of harassment by Majumdar. *See* Exhibit M.

29. On January 2, 2021, Fair reposted on Twitter a GoFundMe page Jamshaid had created in connection with claims he has alleged against UChicago. Jamshaid did not identify Majumdar as the person he claims assaulted him, but Fair did when she reposted. Fair also falsely stated that Majumdar targeted Jamshaid because of his numerous vulnerabilities. *See* Exhibit N.

30. On January 3, 2021, Fair again reposted Jamshaid's GoFundMe page on Twitter, falsely stating that Majumdar had sexually harassed and assaulted Jamshaid. *See* Exhibit O.

31. Also on January 3, 2021, Fair reposted Jamshaid's GoFundMe page on Facebook and falsely stated that Majumdar had engaged in a "long reign of predation." *See* Exhibit P.

32. On or about January 20, 2021, in a post on Facebook, Fair falsely referred to Majumdar as a "predator" and stated that Majumdar and her husband "need to be brought to account." *See* Exhibit Q.

33. Also, on January 20, 2021, in another post on Facebook, Fair falsely stated that Majumdar, "hired a SALC grad student who needed the money to revise her dissertation, which became the basis of her 'book.'" Fair also republished her false contention that Majumdar's

8

husband "tanked a job search" so that Majumdar could get hired by UChicago. Again referring to Majumdar, Fair stated, "Of course she got tenure despite her pathetic publication record." *Id.*

34. In an article posted to her public blog on or about February 2, 2021, titled "Rochona Majumdar Tries To Bully Me For Defending Her Victims," Fair photoshopped Majumdar's likeness to the anus of what appears to be a horse or some other service animal. *See* Exhibit R.

35. Fair republished this offensive photograph when she posted the article to Twitter, also on or about February 2, 2021. *See* Exhibit S.

36. On or around February 2, 2021, in a Twitter post, Fair referred to Majumdar as Jamshaid's abuser. *See* Exhibit T.

37. Also on or around February 2, 2021, in a Twitter post, Fair again aimed her sights directly on Majumdar when she stated, "Rochona. You can't pay your 'pooper scooper' lawyer to send nasty grams to the dozens if not more students calling you a monster. But you *can* stop being a monster and make amends to those you harmed. The truth won't be muzzled. A couple that preys together are reviled together." *See* Exhibit U.

38. On or about February 13, 2021, in relation to a Twitter post Fair made about Majumdar's husband, Fair falsely stated, "He and his wife are a predatory couple who have emiserated [sic] many students." *See* Exhibit V.

39. Fair's campaign of false and defamatory statements has damaged Majumdar's reputation in academic circles and the UChicago community. As one example, Majumdar was scheduled to participate on February 4, 2021 as a panel member in a virtual conversation to discuss the scholarly work of two colleagues from Stanford University and Columbia University.

When cancelling the event, both scholars cited the social media controversy surrounding Majumdar as the reason.

40. As another example of the impact of Fair's smear campaign, on February 9, 2021, a group of UChicago students sent a letter to their professors refusing to participate in a class that would include a podcast featuring Majumdar. According to the letter, the students refused to participate because of the allegations of sexual assault Jamshaid made on his GoFundMe page. The letter from the students specifically identifies Majumdar as the person who assaulted Jamshaid, but Jamshaid's GoFundMe page does not identify Majumdar. On information and belief, these students learned Majumdar's identity through Fair's social media posts.

41. Fair's campaign of false and defamatory statements has caused Majumdar extreme emotional distress such that she has had to take intermittent leave from her teaching responsibilities under the Family and Medical Leave Act during UChicago's Winter Quarter 2021.

**Count I**
**Defamation**

42. Majumdar realleges paragraphs 1-41.

43. Fair made numerous false statements about Majumdar, including, but not limited to, those identified in paragraphs 14 through 20 and 22 through 38 above (the "Defamatory Statements").

44. The Defamatory Statements impute to Majumdar (1) the commission of a crime, (2) a want of integrity in performing her employment duties, (3) a lack of ability in her profession, or (4) adultery or fornication, making them defamatory *per se*.

45. In the alternative, the Defamatory Statements constitute defamation *per quod*.

46. Fair published the Defamatory Statements on the internet without any privilege.

47. Fair knew the Defamatory Statements were false and knowingly published them anyway or published them with reckless disregard as to whether they were true or false.

48. As detailed above, the Defamatory Statements damaged Majumdar's reputation in academic circles and in the UChicago community and have caused her emotional distress.

## Count II
## False Light

49. Majumdar realleges paragraphs 1-48.

50. Through the Defamatory Statements and other conduct alleged above, Fair placed Majumdar in a false light before the public, including that she is a plagiarist, that she achieved her status in academic circles not on the merits of her own accomplishments, and that she is a sexual predator.

51. The false light in which Fair has placed Majumdar would be highly offensive to any reasonable person.

52. Fair acted with actual malice when making the Defamatory Statements, knowing the Defamatory Statements were false or with reckless disregard for whether the Defamatory Statements were true or false.

53. As detailed above, the Defamatory Statements damaged Majumdar's reputation in academic circles and in the UChicago community and have caused her emotional distress.

WHEREFORE, Plaintiff Rochona Majumdar prays that this Court:

a. award her actual damages in excess of $75,000, the exact amount to be determined at trial;

b. award her punitive damages as appropriate;

c. award her pre- and post-judgment interest at the appropriate rate;

d. award her costs;

  e.  enter preliminary and permanent injunctions ordering Fair to retract all false and defamatory statements made about Majumdar, remove all false and defamatory online content about Majumdar, and stop making and repeating defamatory statements about Majumdar; and

  f.  grant such other and further relief as may be just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims and issues that may be tried to a jury.

Dated: February 19, 2021    **ROCHONA MAJUMDAR**

        By: /s/ Cynthia H. Hyndman
           One of her attorneys

Cynthia H. Hyndman
Robert L. Margolis
ROBINSON CURLEY P.C.
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606
312.663.3100
chyndman@robinsoncurley.com
rmargolis@robinsoncurley.com