UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCHONA MAJUMDAR, | ) |
| Plaintiff, | ) ) ) Case No. 1:21-cv-00928 |
| vs. | ) ) Hon. Jorge L. Alonso |
| C. CHRISTINE FAIR, | ) ) |
| Defendant. | ) ) |

## **DECLARATION OF CAROL CHRISTINE FAIR**

I, Carol Christine Fair, being over 18 years of age, do state and depose the following under oath and penalty of perjury:

1. The facts stated herein are true and based on my personal knowledge.

2. I make this Declaration in support of my motion to dismiss Plaintiff's Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

3. I am a full Professor in the Walsh School of Foreign Service at Georgetown University. I have been employed by Georgetown University since 2009.

4. I have a Ph.D. from the Department of South Asian Languages and Civilization ("SALC") from the University of Chicago ("UChicago"). I left Illinois in 1997 and completed my Ph.D. remotely in California.

5. I am outspoken against sexual harassment and discrimination perpetrated by persons in positions of authority in academic institutions, government agencies and in society worldwide. I am vocal critic on this subject and voice my thoughts and opinions on my publicly accessible blog and on Twitter. I have also written articles on the subject featured in national and international news media publications.

6. I have used my online platform to amplify claims of sexual harassment and discrimination claims of other academics, including allegations against Rochona Majumdar ("Plaintiff") by multiple SALC graduate students and faculty. One such student is Mr. Zain Jamshaid, a SALC graduate student who worked for Plaintiff at UChicago.

7. Mr. Jamshaid has accused Plaintiff of sexual harassment, assault, as well as discrimination based upon his country-of-origin (Pakistan), faith (Ahmadi), caste and sexual orientation. I believe Mr. Jamshaid's allegations for which he has filed a police report and has supporting documentation from his mental healthcare provider. Moreover, by making these claims

4838-5821-1301.1

he has jeopardized his career and his immigration status. Should he be deported to Pakistan, he faces imminent risk owing to his faith (Ahmadi) and sexual orientation. For all of these reasons, I believe his allegations to be true and I have supported him in his fight against Plaintiff and UChicago.

8. I have been a resident and citizen of Virginia since 2005.

9. From Virginia, and without ever stepping foot in Illinois, I have used my online platform and social media presence to elevate Mr. Jamshaid's story.

10. From Virginia, I operate a publicly accessible blog through Wordpress.

11. My Twitter posts are publicly accessible as well. My Twitter account (@CChristineFair) has more than 42,000 followers as of the time of this Declaration. According to analytics provided by "tweetsmap," fewer than one in four accounts following me are located in the United States, and only 0.1% in Illinois. The majority (54%) of my followers are located in South Asia, with about 20% in Pakistan and 34% in India.

12. I do not own, use or possess real property in Illinois.

13. I do not own any bank or financial accounts in Illinois.

14. I do not conduct business in Illinois and am not a party to any contract with any citizen of Illinois.

15. I never expected to be sued in Illinois.

16. The last time I was physically present in Illinois was April 22-23, 2019, a short visit for less than 48 hours, when I was invited to give a talk at the Harris School of Public Policy, entirely unrelated to any of the events in the above-captioned lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2021.

_____
Carol Christine Fair