## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Rochona Majumdar

                        Plaintiff,

v.                                              Case No.: 1:21−cv−00928
                                                       Honorable Jorge L. Alonso

C. Christine Fair

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

       MINUTE entry before the Honorable Jorge L. Alonso:Plaintiff's Motion for voluntarily dismissal [45] is granted. This case is dismissed without prejudice with leave to reinstate by 1/5/23. If no motion to reinstate has been filed by 1/5/23, this case will automatically be dismissed with prejudice. Motion hearing date of 10/7/22 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.